MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

STEVEN J. SALTIEL (CABN 202292)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:  (415) 436-6996
    Facsimile:  (415) 436-6748
    e-mail:  steven.saltiel@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES ex rel. KACIE CARROLL and STATE OF CALIFORNIA ex rel. KACIE CARROLL,<br><br>    Plaintiff,<br><br>  v.<br><br>ADVENTIST HEALTH SYSTEMS, et al,<br><br>    Defendants. | CASE NO. C 10-4925 DMR<br><br>**STIPULATION OF DISMISSAL**<br><br>**[~~PROPOSED~~] ORDER** |

1. The United States of America and Relator Kacie Carroll, by and through their undersigned attorneys, hereby stipulate to the dismissal of this action, pursuant to Fed. R. Civ. P. 41(a)(1), in accordance with the Settlement Agreement, dated December 15, 2014, and the terms set forth below.

2. The United States, the Relator, and Defendants Adventist Health System/West, St. Helena Hospital, and St. Helena Hospital Clearlake ("Adventist"), have entered into a Settlement Agreement, which was fully executed on December 15, 2014, compromising certain civil claims against Adventist. In addition, the United States and the Relator have settled any and all claims and causes of action that the Relator may have against the United States under the False Claims Act, 31 U.S.C. § 3730(d), for a share of the United States' recovery from Adventist under the Settlement Agreement.  The Relator and Adventist also have settled any and all claims and causes of action that the Relator may have against

Adventist under 31 U.S.C. § 3730(d)(1) for expenses, attorneys' fees and costs.

3. Accordingly, the United States and the Relator hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), to dismissal of this action pursuant to the terms and conditions of the Settlement Agreement. Dismissal shall be with prejudice to the Relator, and with prejudice to the United States to the extent of the "Covered Conduct" as that term is defined in the Settlement Agreement, but otherwise without prejudice to the United States.

4. The United States, the Relator, and Adventist have further agreed that except as otherwise provided in the Settlement Agreement, each party shall bear its own legal and other costs incurred in connection with this matter.

5. A stipulated dismissal under Fed. R. Civ. P. 41(a)(1) is appropriate because the *qui tam* complaint has not been served upon the Defendants, and therefore none of the Defendants have filed answers.

A proposed order accompanies this stipulation.

IT IS SO STIPULATED.

DATED: January 8, 2015        MELINDA HAAG
                              United States Attorney

                              */s/Steven J. Saltiel*
                              STEVEN J. SALTIEL
                              Assistant United States Attorney


DATED: January 8, 2015        */s/ Michael A. Hirst*
                              MICHAEL A. HIRST
                              HIRST LAW GROUP P.C.
                              Attorneys for Relator


### [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, IT IS HEREBY ORDERED that:

1. This action is dismissed pursuant to the terms and conditions of the Settlement Agreement among the United States, the Relator, and Adventist. Dismissal is with prejudice to the Relator, and with prejudice to the United States to the extent of the "Covered Conduct" as that term is

defined in the Settlement Agreement, but otherwise without prejudice to the United States.

2. Except as expressly provided to the contrary in the Settlement Agreement, each party shall bear its own legal and other costs incurred in connection with this matter; and,

3. The Court shall retain jurisdiction over any disputes that may arise concerning compliance with the Settlement Agreement.

IT IS SO ORDERED

Dated: January 8, 2015

DONNA M. RYU
United States Magistrate Judge

**CERTIFICATION**

Pursuant to Civil L.R. 5-1(i)(3), the undersigned hereby attests that Michael A. Hirst has concurred in the filing of this document.

DATED: January 8, 2015
MELINDA HAAG
United States Attorney

*/s/ Steven J. Saltiel*
STEVEN J. SALTIEL
Assistant United States Attorney